# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139168

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SOFRONZO ERIC HORNE,
     Defendant-Appellant.

SC: 139168
COA: 284070
Wayne CC: 07-014448-FH

_____/

     On order of the Court, the application for leave to appeal the May 7, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

p0921